# United States District Court

## *Southern District of Georgia*

UNITED STATES OF AMERICA, Plaintiff

v.

$3,031,059.45, et al., Defendant

Case No. 4:23-cv-00112-WTM-CLR

Appearing on behalf of

Jeans Jewelry Inc.

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 8th day of June, 2023.

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Richard M. Barnett, |
| Business Address: | Richard M. Barnett, APLC |
| | Firm/Business Name |
| | 105 West F. Street, 4th Floor |
| | Street Address |
| | San Diego, CA 92101 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (619) 231-1182    CA 65132 |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | richardmbarnett@gmail.com |