# United States District Court
## Southern District of Georgia

United States of America

_____  
Plaintiff

v.  $3,031,059.45 in U.S. Currency Funds, et al.

_____  
Defendant

Case No.   4:23-CV-112-WTM-CLR

Appearing on behalf of

Kahan Jewelry Corp. (Claimant)  
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  12th  day of  June , 2023 .

_Christopher L. Ray_  
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Eric C. Zabicki

Business Address: Pick & Zabicki LLP  
Firm/Business Name

369 Lexington Avenue  
Street Address

| 12th Floor | New York | NY | 10017 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(212) 695-6000  
Telephone Number (w/ area code)           Georgia Bar Number

Email Address: ezabicki@picklaw.net