UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-112 |
| | ) | |
| $3,031,059.45 IN U.S. CURRENCY | ) | |
| FUNDS SEIZED FROM JP | ) | |
| MORGAN CHASE ACCOUNT | ) | |
| ENDING IN #5012, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The United States instituted this civil forfeiture case *in rem* seeking forfeiture of:

a. $3,031,059.45 in U.S. Currency Funds seized from JP Morgan Chase Bank Account ending in 5012, then controlled by OHANSON'S, LLC ("Defendant Property 1");

b. $92,166.94 in U.S. Currency Funds seized from JP Morgan Chase Bank Account ending in 6716, then controlled by JEANS JEWELRY STORE ("Defendant Property 2");

c. 1570 pieces of assorted silver, gold, and other valuable metals, seized from OHANSONS, LLC located at 607 South Hill Street, Suite 915, Los Angeles, CA ("Defendant Property 3");

d. 643 pieces of assorted platinum, gold, silver, and other valuable metals, seized from OHANSON'S, LLC located at

1

      607 South Hill Street, Suite 520, Los Angeles, CA ("Defendant Property 4"); and

  e. 1230 pieces of assorted jewelry including loose diamonds, gold jewelry, and valuable metals, seized from JEANS JEWELRY STORE located at the Asian Garden Mall at 9200 Bolsa Avenue, Westminster, CA ("Defendant Property 5").

Doc. 82 at 2-3 (Amended Complaint). Sirag Gold, Inc., docs. 13 & 100, Kahan Jewelry Corp., docs. 14, 15, & 83, Talfel, Inc., doc. 17, Diamond Bazar, doc. 23, Jeans Jewelry Inc., doc. 24, Ohansons, LLC, doc. 29, Rodger J. Virtue, doc. 32, Uneek Jewelry, Inc. and Benjamin Javaher, doc. 35, and SOON OK, Inc., doc. 75, have all filed claims. Most have also responded to the United States' Amended Complaint. *See* doc. 84 (Kahan Jewelry Corp.), doc. 86 (Sirag Gold, Inc.), doc. 88 (Rodger J. Virtue), doc. 89 (Talfel, Inc.), doc. 90 (SOON OK, Inc.), doc. 91 (Jeans Jewelry, Inc.), doc. 92 (Uneek Jewelry, Inc. and Benjamin Javaher), doc. 96 (Ohansons, LLC). Although the last claimant appeared in August 2023, *see* docs. 74 & 75, no scheduling order is in place. *See generally* docket. Therefore, the United States is **DIRECTED** to confer with all claimants and, within 45 days of the date of this Order, submit a joint status report containing a proposed schedule for discovery and dispositive motions. If the parties

cannot agree, each party may submit its own proposed schedule for the remainder of this forfeiture action by the same deadline.

**SO ORDERED**, this 7th day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA